UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number: **13-14446-CIV-MARTINEZ-LYNCH**

CASSANDRA LEE,

    Plaintiff,

vs.

CHECK FRAUD SERVICES, LLC, d/b/a
CHECK SERVICES,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.

Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 120 days after the filing of the complaint. Plaintiff Cassandra Lee ("Plaintiff") filed this action on **November 22, 2013** and, to date, there is no indication in the court record file that Defendant Check Fraud Services, LLC ("Defendant") has been served with the summons and Complaint. It is therefore

ORDERED AND ADJUDGED that

On or before **April 7, 2014**, Plaintiff shall file a Return of Service indicating that service has been properly affected on Defendant. If no Return of Service has been filed by **April 7, 2014**, this case shall be immediately dismissed without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this _3_ day of April, 2014.

                                        JOSE E. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record