UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**Fort Pierce Division**

| | | |
|---|---|---|
| CASSANDRA LEE, | ) | Case No.: 0:13-14446-CIV-MARTINEZ |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION** |
| v. | ) | |
| | ) | |
| | ) | |
| CHECK FRAUD SERVICES, LLC, d/b/a | ) | **NOTICE OF VOLUNTARY** |
| CHECK SERVICES | ) | **DISMISSAL** |
| | ) | |
| Defendant, | ) | |
| | ) | |

Plaintiff, CASSANDRA LEE, on behalf of herself (hereinafter "Plaintiff"), by and through undersigned counsel, hereby files her Notice of Voluntary Dismissal of this Action pursuant to Rule 41 of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Plaintiff has been unable to serve Defendant in this matter and requests that the action be dismissed without prejudice to allow Plaintiff sufficient time to locate a new address and location to effectuate service upon Defendant.

2. This case shall be dismissed, without prejudice, against Defendant, with each party bearing its own attorneys' fees and costs.

Dated: April 4, 2014

Respectfully Submitted,

/s/ Jason S. Weiss
Attorney for Plaintiff
Jason S. Weiss
jason@jswlawyer.com
Florida Bar # 356890
On Behalf of:
Law Offices of Michael Lupolover, P.C.
180 Sylvan Avenue, 2nd Floor
Englewood Cliffs, NJ 07632
(T) 201-461-0059
(E) Jason@jswlawyer.com